**496**

**ISLAND CREEK COAL COMPANY, Appellant,**

v.

**Eulis SLONE and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

Fred G. Francis, Francis & Kazee, Prestonsburg, for appellant.

W. W. Burchett, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

**Raymond FAULKNER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 15, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**CONTINENTAL CONTRACTORS, INC., Appellant,**

v.

**Euther ATTAWAY et al., Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

Howard VanAntwerp, III, William H. Jones, Jr., Caldwell, VanAntwerp, Welch & Hughes, Ashland, for appellant.

Gary L. Littleton, Grayson, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

**STRATTON COAL SALES CO., INC., Appellant,**

v.

**Tom KEATHLEY and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

D. B. Kazee, Jr., Francis & Kazee, Prestonsburg, for appellant.

C. Kilmer Combs, Kelsey E. Friend, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

* Opinion ordered not to be published.